# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: DOOLEY, Shawn

Cr.: 07-00823-002
PACTS #: 50141

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 04/26/2010

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon

Original Sentence: 70 months jail; 3 years supervised release; $100 special assessment. Special conditions: 1) drug and alcohol testing/treatment; and 2) no street-gang association

| Type of Supervision: Supervised Release | Date Supervision Commenced: 08/31/2012 |
|---|---|

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 3, 2013, Dooley was arrested by Newark Police Department and charged with a drug-related offense. Allegedly, near the intersection of North 5th Street and 7th Avenue, he possessed three (3) small ziploc baggies of marijuana. |

U.S. Probation Officer Action: Our office has intensified supervision efforts and recommends withholding Court action until additional information regarding the disposition is obtained.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Joseph Empirio
2013.11.20 11:57:28
-05'00'

Carolee Ann Azzarello
2013.11.22
11:51:42 -05'00'

Date: 11/20/2013

[ ✓ ] Withhold Court Action Until Further Information is Obtained *(as recommended by Probation)*
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

12/2/13

Date